1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TERI L. LYNN, | CASE NO. 08CV0022 BTM (CAB) |
|---|---|
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Plaintiff has filed a complaint in this case seeking judicial review of Defendant's denial of his application for benefits under the Social Security Act.  Because the answer and administrative record have been filed, the matter is now ready for this Court's review.  This order sets a briefing schedule and hearing date on cross motions for summary judgment pursuant to CivLR 7.1(e)(6).

Plaintiff must file his motion for summary judgment on or before **May 2, 2008**. Defendant must file its cross motion and opposition on or before **June 6, 2008.**  Plaintiff must file any opposition to the cross motion on or before **June 20, 2008**.

//
//
//

1  The motions will be heard at 11:00 a.m. on **July 18, 2008**. Unless the Court directs
2 otherwise, the matter will be resolved without oral argument and no personal appearances
3 are necessary.
4 **IT IS SO ORDERED.**
5 DATED: March 24, 2008

Honorable Barry Ted Moskowitz
United States District Judge