UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERI L. LYNN, | ) | CIVIL NO.  08cv0022 BTM (CAB) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING JOINT MOTION |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, the parties Joint Motion for an Extension of Time for Plaintiff to file his motion for summary judgment is granted. Plaintiff shall file his motion within 30 days of the electronic filing of the administrative record. Plaintiff's counsel will contact the Judge's clerk prior to filing the motion to obtain a hearing date. Unless the Court directs otherwise, the matter will be resolved without oral argument and personal appearances.

IT IS SO ORDERED.

DATED: July 21, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge